United States District Court
Southern District of Texas
**ENTERED**
April 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Cody Jarrett, et al,** § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **CIVIL ACTION NO. H-16-218** |
| § | |
| **Refinery Specialties, et al,** § | |
| **Defendants.** § | |

### ORDER

On March 24, 2017, the Court ordered that settlement papers be submitted no later than April 21, 2017, or the case would be dismissed. Since the parties have not submitted closing papers, this action will be **DISMISSED** without prejudice.

Signed this 27th day of April, 2017, at Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE