IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CODY JARRETT, FRANKLIN MATCHETT and**     **PLAINTIFF**
**MIGUEL TREJO, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.            No. 4:16-cv-218-SL

**REFINERY SPECIALTIES, INC., and**
**MICKEY D. TUCKER**            **DEFENDANTS**

## ORDER

Pending before the Court is the parties' Joint Motion for Leave to File Sealed Document, Approval of FLSA Settlement and Motion for Dismissal of Lawsuit ("Motion"). After due consideration, the parties' Motion shall be GRANTED.

The Court hereby approves the parties' settlement and orders the Parties to implement and complete the notice process described in the Settlement Agreement.

The parties Motion and all exhibits shall remain sealed.

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the claims of Plaintiffs and all class members are hereby dismissed, with prejudice.

Signed on _____.

_____
**HON. SIM LAKE**
**UNITED STATES DISTRICT JUDGE**